**JENNINGS, STROUSS & SALMON, P.L.C.**
A PROFESSIONAL LIMITED LIABILITY COMPANY
THE COLLIER CENTER, 11TH FLOOR
201 EAST WASHINGTON STREET
PHOENIX, ARIZONA 85004-2385
TELEPHONE: (602) 262-5906
FACSIMILE: (602) 495-2696
EMAIL: cjjohnsen@jsslaw.com
CAROLYN J. JOHNSEN- 011894
Michael J. O'Connor - 010399

Attorneys for David W. Lords, individually and as trustee of the David W. Lords and Michelle Carroll-Lords Revocable Trust dated May 18, 2001

# IN THE UNITED STATE BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LAUGHLIN RANCH, LLC, *et al.*,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 0-07-bk-00328-RJH<br><br>Jointly Administered With:<br><br>07-bk-00329-RJH<br>07-bk-00330-RJH<br>07-bk-00331-RJH<br>07-bk-00332-RJH<br>07-bk-00333-RJH<br><br>**RESPONSE TO EMERGENCY MOTION FOR GRANT OF AUTHORITY TO AVION HOLDINGS TO IMPLEMENT CONFIRMED PLAN**<br><br>**Hearing Date: November 10, 2009**<br>**Time: 2:30 p.m.** |

The Debtors' Emergency Motion represents a divergence of the facts. Contrary to the characterization that Mr. Lords is attempting to hold up the consummation of the Plan, he has tried to facilitate it by pointing out to Avion the flaws in the Exit Facility loan documents and the Voting Trust Agreements. The appropriate changes have not been made nor have any of the promises to Lords been kept. Because of the emergency hearing the Debtors have

3278128v1(58875.1)

thrust upon Lords, there has been insufficient time for him to file an affidavit or to travel to Phoenix for the hearing.

However, the Court should be aware of the following: 1) Lords and representatives of Avion met during the last week of October at which time Avion AGREED there were several errors in the loan documents; 2) at that time Avion AGREED there were mistakes in the Voting Trust Agreements; 3) Avion AGREED it would arrange for a meeting with IMH and Lords prior to the execution of the loan documents.[1] Lords was unaware of Avion's push to file this Emergency Motion.

Under these circumstances, Lords would request that the hearing be continued for one week so these matters can be resolved.

DATED this 10th day of November, 2009.

    JENNINGS, STROUSS & SALMON, P.L.C.

By:   /s/ CJJ #011894
    Carolyn J. Johnsen, Esq.
    Michael J. O'Connor, Esq.
    201 East Washington Street, 11th Floor
    Phoenix, Arizona 85004-2385
    Attorneys for David W. Lords, individually and as trustee of the David W. Lords and Michelle Carroll-Lords Revocable Trust dated May 18, 2001

COPIES of the foregoing emailed this 10th day of November, 2009, to:

Jordan A. Kroop
Squire Sanders & Dempsey LLP
Two Renaissance Square
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
jkroop@ssd.com

///

---

[1] Mr. Lords has been extremely ill for the past ten days and unable to meet.

3278128v1(58875.1)

1. Alicia C. Lacey
Stinson Morrison Hecker LLP
2. 1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
3. alacey@stinson.com

4. Joseph M. Parker
Law Office of Joseph M. Parker
5. 7150 N. 16th Street
Phoenix, AZ 85020-5545
6. jmparker@jmparkerlaw.com

8. /s/ Jeannie B. Baker

3278128v1(58875.1)